UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.P.E.P. ACQUISITION CORP.,<br><br>                    Plaintiff,<br>        v.<br><br>DOUGLAS TRAILER SUPPLY COMPANY, LLC; DOES 1–10, inclusive,<br><br>                    Defendants. | Case No. 2:13-cv-09237-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On December 18, 2013, Plaintiff S.P.E.P. Acquisition Corp. filed suit against Defendant Douglas Trailer Supply Company, LLC. (ECF No. 2.) On January 2, 2014, Plaintiff served Defendant's agent for service of process. (ECF No. 10.) Defendant was thus required to answer or otherwise respond to the Complaint by January 23, 2014—or 21 days after the service date. Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this Order, there has been no response by Defendant. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Friday, January 31, 2014**, why Plaintiff has not moved for entry of default with the Clerk. No hearing will be held. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

January 24, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**