O

# United States District Court
# Central District of California

| | |
|---|---|
| S.P.E.P. ACQUISITION CORP., <br>   Plaintiff, <br>   v. <br> DOUGLAS TRAILER SUPPLY COMPANY, LLC; DOES 1–10, inclusive, <br>   Defendants. | Case No. 2:13-cv-09237-ODW(JEMx) <br><br> **ORDER STRIKING DEFAULT-JUDGMENT MOTION [16]** |

On February 7, 2014, Plaintiff S.P.E.P. Acquisition Corp. filed a Motion for Default Judgment against Defendant Douglas Trailer Supply Company, LLC. (ECF No. 16.) Plaintiff redacted various portions of the Motion that appear to be sales data. Another portion of the Motion says "FILED UNDER SEAL." While it appears that Plaintiff ostensibly filed the Motion under seal, this is news to the Court considering that no such under-seal motion was ever filed—much less granted.

Local Rule 79-5.1 provides that unless otherwise provided by law, "no case or document shall be filed under seal or in camera without prior approval by the Court." The Rule also provides a detailed procedure for applying for and filing under-seal documents. L.R. 79-5.1. This Court is also part of an electronic, under-seal pilot program—which the Court brought to the parties' attention on January 21, 2014. (ECF No. 11.); *see also* http://tiny.cc/ODW_Under_Seal_Procedures.

Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1 further provide certain information that a party must redact before filing a document with the Court. But sales data appear nowhere in either Rule.

Since Plaintiff failed to comply with the proper procedures for filing this Motion and accompanying evidence under seal, the Court **STRIKES** it **WITHOUT PREJUDICE**. (ECF No. 16.) Plaintiff shall refile the Motion following the proper procedures.

**IT IS SO ORDERED.**

February 10, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**