# United States District Court
# Central District of California

| | |
|---|---|
| S.P.E.P. ACQUISITION CORP.,<br>            Plaintiff,<br>   v.<br><br>DOUGLAS TRAILER SUPPLY COMPANY, LLC; DOES 1–10, inclusive,<br>            Defendants. | Case No. 2:13-cv-09237-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE.<br>FAILURE TO COMPLY WITH<br>PREVIOUS ORDER** |

     On January 31, 2014, the Court ordered Plaintiff S.P.E.P. Acquisition Corp. to show cause why it had not moved for entry of default judgment against Defendant Douglas Trailer Supply Company, LLC. (ECF No. 15.) The Court set February 7, 2014, as the deadline to respond. On February 7, 2014, Plaintiff applied for default judgment. (ECF No. 16.) But since S.P.E.P. Acquisition ostensibly filed some documents under seal without the Court's approval and without providing the Court with an unredacted copy, the Court struck the documents without prejudice. (ECF No. 17.)

     S.P.E.P. Acquisition then applied for an *in camera* review of the default-judgment documents, seeking to prevent Douglas Trailer Supply from seeing Plaintiff's sales figures and other business information. (ECF No. 19.) Finding that

keeping this information from Defendants would violate due process, the Court denied the application. (ECF No. 19.)

It has been almost a month since the Court denied S.P.E.P. Acquisition's *in camera* application, and Plaintiff has not refiled its default-judgment motion. Since S.P.E.P. Acquisition has yet to comply with the Court's January 31, 2014 Order to Show Cause, that Order remains in full force and effect. Plaintiff has not discharged its duty to apply for default judgment against Douglas Trailer Supply.

The Court therefore **ORDERS** S.P.E.P. Acquisition to **SHOW CAUSE** in writing by **Friday, March 21, 2014,** why it has not complied with the Court's previous Orders. The Court will discharge this Order upon a properly filed default-judgment motion. If Plaintiff wishes to keep some information confidential, it may file a proper under-seal application. *See* http://tiny.cc/ODW_Under_Seal_Procedures. But the Court will not entertain an application for *in camera* review. Failure to timely respond will result in automatic dismissal of this action for lack of prosecution and may result in further sanctions for failure to comply with the Court's Orders. *See* L.R. 83-7.

**IT IS SO ORDERED.**

March 14, 2014

_____
       **OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE**